COURTROOM MINUTES

JUDGE _Hittner_____PRESIDING

COURTROOM CLERK       _E. Alexander_____

COURT REPORTER    _Fred Warner_____

LAW CLERK         _Jeremy Dunbar_____

MORNING                    AFTERNOON
SESSION _10:05 - 11:25_ SESSION_____    DATE: _9/26/16__

---

DOCKET ENTRY

DH ) _4:11-3866_____    (Rptr- _Warner_____)
     (PROCEEDINGS: Motion Hearing              )

_Paul David Vanchiere_____   V.   _Memorial Hermann Hospital System_

Appearances: _For Plaintiff:  James Fisher and Shannon Welch_____

For Defendant: Frederick Robinson & Sara Brinkmann_____

(Doc. # 79)  Motion for Sanctions heard.  Written order to issue._____

_____

_____

_____

Witnesses:_____

_____

_____